Case 1:00-cr-00185-SOM-BMK    Document 566    Filed 03/05/2008    Page 1 of 1

PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

# United States District Court

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. 00-00185SOM-011

ROBERT MAHONEY

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 2/14/2008, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 4th day of March, 2008.

_____
SUSAN OKI MOLLWAY
U.S. District Judge